# United States Court of Appeals for the Fifth Circuit

————————

No. 26-60035

————————

United States Court of Appeals
Fifth Circuit

**FILED**
May 4, 2026

Lyle W. Cayce
Clerk

In the Matter of Ikechukwu H. Okorie,

*Debtor*,

Ikechukwu H. Okorie,

*Appellant*,

*versus*

First Bank; Kimberly R. Lentz; Eileen N. Shaffer,

*Appellees*,

————————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:25-CV-44

————————————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Ikechukwu Okorie, proceeding pro se, appeals the district court's judgment affirming the bankruptcy court's dismissal of his adversary

——————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-60035

complaint and denial of his motion for leave to file a motion for reconsideration. He also appeals the district court's denial of his motion to alter or amend judgment. Having carefully examined the briefs, the record, and the applicable law, we AFFIRM for the reasons stated by the district court. *See* 5TH CIR. R. 47.6.